IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03266-WYD-KLM

KENNETH WATKINS,

    Plaintiff,

v.

ALAN BRENEMAN, individually and in his official capacity as Detective, and
CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Vacate Scheduling Conference** [#24] (the "Motion"). This matter was stayed on March 5, 2015, pending resolution of Defendants' Motion to Dismiss [#18]. *See Order* [#26].

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. The Scheduling Conference set for March 30, 2015 at 9:30 a.m. is **VACATED**. It will be reset, if necessary, after resolution of the Motion to Dismiss [#18].

    Dated: March 9, 2015