IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-3266-WYD-KLM

KENNETH WATKINS,

      Plaintiff,

v.

DETECTIVE ALAN BRENEMAN, in his individual and official capacity;
CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      On December 9, 2015, Plaintiff and Defendants jointly filed a Stipulation for Dismissal with Prejudice (ECF No. 37), without costs or fees to any party.

      The Stipulation for Dismissal with Prejudice (ECF No. 37) is hereby **GRANTED**. All claims against Defendants in this matter are **dismissed with prejudice**, without costs or fees to any party.   It is

      FURTHER ORDERED that all pending motions shall be **DENIED as moot**.

      Accordingly, the case is hereby ordered to be closed.   The Clerk of the Court is instructed to close the case.

      Dated:   December 28, 2015